No. 10–9250. HON CHUNG LAU *v.* DEPARTMENT OF HOMELAND SECURITY ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*.

No. D–2504. IN RE DISBARMENT OF KROUNER, 562 U. S. 1213. Motion for reconsideration of disbarment denied.

No. 10M104. CHAN *v.* CALIFORNIA; and
No. 10M105. CRONE *v.* WHITESIDE ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 10–9095. WRIGHT *v.* CRAIG ET AL. C. A. 9th Cir.;
No. 10–9176. BURDETT *v.* REYNOSO ET AL. C. A. 9th Cir.; and
No. 10–9334. ROSS *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, RECEIVER OF WASHINGTON MUTUAL BANK. C. A. 4th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until May 16, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 10–9870. IN RE JASMINE. Petition for writ of habeas corpus denied.

No. 10–9786. IN RE SPEARS; and
No. 10–9847. IN RE DANSER. Motions of petitioners for leave to proceed *in forma pauperis* denied, and petitions for writs of habeas corpus dismissed. See this Court's Rule 39.8. JUSTICE KAGAN took no part in the consideration or decision of these motions and these petitions.